```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6401
    FAX: (415) 436-7027
    Aseem.padukone@usdoj.gov

Attorneys for United States of America
```

FILED

Sep 04 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AUFFIE ANNE BEATRICE E. MIGALLOS, <br><br> Defendant. | CASE NO. 3:25-mj-71090 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on September 3, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a Grand Jury Indictment pending in the Eastern District of Virginia, Case Number 2:25-cr-98.

In that case (copy of Indictment attached), the defendant is charged with a violation of Title 18 United States Code, Sections 1349 (Conspiracy to Commit Mail and Wire Fraud), and Title 18, United States Code, Section 981(a)(1)(C) and 28, United States Code, Section 2461(c) (Criminal Forfeiture).

//

//

//

1  The maximum penalties are as follows: 20-year term of imprisonment; $250,000 fine or twice
2  the gross pecuniary gain or loss, whichever is greater; 3-year term of supervised release; and $100
3  Special Assessment.
4  //
5  //

6  Respectfully Submitted,

7  CRAIG H. MISSAKIAN
   UNITED STATES ATTORNEY
8
9  Date: September 3, 2025     /s/ *Aseem Padukone*
                                ASEEM PADUKONE
10                              Assistant United States Attorney

v. 7/10/2018